PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE __EASTERN__ DISTRICT OF TEXAS
__TYLER__ DIVISION

Jessie Glenn Hartin 1837179
Plaintiff's Name and ID Number

Prison on the LeBlanc Unit
Place of Confinement

LeBlanc Unit
3695 FM 3514
Beaumont Texas 77705
v.

CASE NO. 6:20CV441 JDK/JDL
(Clerk will assign the number)

Defendant's Name and Address

_____
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

### INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO
    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
       1. Approximate date of filing lawsuit: This year
       2. Parties to previous lawsuit:
          Plaintiff(s) _____
          Defendant(s) _____
       3. Court: (If federal, name the district; if state, name the county.) Smith county
       4. Cause number: _____
       5. Name of judge to whom case was assigned: John D Love
       6. Disposition: (Was the case dismissed, appealed, still pending?) Yes
       7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: Prison

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?  ✓ YES ___ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: mr Jessie Glenn Hardin
Leblanc Unit 3695 FM 3514
Beaumont Texas 77705

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Jessie Glenn Hardin
Leblanc Unit 3695 FM 3514 Beaumont Texas 77705
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
mr Jessie Glenn Hardin

Defendant #2: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

damages on my Body
prison In the State of Texas
I want to come to court on court day
my Jessie Glenn Hardin
This Lawsuit Is on my Body damages I need
A Lawyer Help I'm Indegent I dont have
No money

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

win This case for me Jessie Glenn Hardin
on The State Prison

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Jessie Glenn Hardin Jessie Gleenward Hardin

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

2059480 508541 267265 1832171 1015858N7

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___ YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): _____

   2. Case number: _____

   3. Approximate date sanctions were imposed: _____

   4. Have the sanctions been lifted or otherwise satisfied? ___ YES ✓ NO

C. Has any court ever warned or notified you that sanctions could be imposed? ____YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division):_____
   2. Case number:_____
   3. Approximate date warning was issued:_____

Executed on: 8-3-2020     Jessie Glenn Hardin
            DATE
                          _Jessie Hardin_
                          (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this  Jessie Hardin  day of  August  , 20  20  .
             (Day)                   (month)              (year)

                          Jessie Glenn Hardin
                          _Jessie Hardin_
                          (Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

I'm asking $5,000.00 for my body damages on the state prison and the medical to for $5,000.00 I damages to my body and life to by exposed to arsenic in the drinking water on the Pack Unit here in prison I got injured working in prison kitchen I still got a broke sternum I can not work no more win to get out of prison from the damages I have court win the courts have court want me in court facing state prison lawyers court it's my rights to be in court my complaint is true and construed court I want monetary damages and body damages to of $5,000.00. court and money damages I can not work no more court in this lawsuit I'm suiting UTMB Texas medical in Galveston for not taking care of me for $5,000.00. to court I still got damages form felling and hiting my head and they want take of me court state of Texas as well as the state prison this lawsuit on the state of Texas prison and government of Texas I'm 60 years old can not work no more court from my body damages from the state prison believe me court I want to be in court the lawyers face to face court it's my rights court to face the state lawyers I'm asking to come to court on the state prison and Texas UTMB court it's my rights court I sea the court clerk 4 Indegent form from the unit library here in June court and federal judge I'm a lawyer I'm a old man doing time in prison court I got rights to face the state prison lawyers in court court clerk and judge in federal court I want rights to face to with the state prison lawyers I got damages from from the state prison

I fell Augst 12-2019 and hit my head on a stell and the floor was wet with water no wet floor sig was out in September 2nd I fell and I was told had I was worken the prison and fell and broke my sternum the medical did not tak care me the in 2015 to 2017 I was exposed to arsenic in the drinkin water on pack unit I'm injured I have injures on my body it is true about my body damages I asking $85,000.00 body damages court the state prison dam my body I'm asking $85,000.00 damages from the state prison and the prison medical for not taking care of me on the unit cal Leblanc unit I'm askin $50,000.00 for no helping me with fell Augst 12 2019 court my damages up against the state and medical Federal court if I win the Lawsuit I weel pay to federal court I'm indegent our to day is Augst 1 2020 court clerk I want to be in court on this class action lawsuit court clerk and judge I'm on Leblanc unit in Beaumont Texas my address is Leblanc unit 3695 FM3514 I wish to pushe at the Lawsuit Beaumont Texas 77705 my name is
Jessie Glenn Hardin
In name Jessie Glenward Hardin

I'm 68 years old in bad health so I'm waing to go to court on the state prison court
This in action lawsuit in Federal court on the state

JERSIE HARDIN
LEBLANC Unit
3695 FM3514
BEAumont
Texas
77705

LEGAL
MAIL

Federal CLERK OF Court
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
211 W FERGuson Street
TYLER TEXAS 75702
75702


FOREVER / USA